IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STACI MATHES AND<br>JOANNA MATHES<br><br>    Plaintiffs,<br><br>VS.<br><br>BRIDGESTONE AMERICAS TIRE<br>OPERATIONS, LLC f/k/a<br>BRIDGESTONE FIRESTONE NORTH<br>AMERICAN TIRE L.L.C.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:12-CV 00197-O<br>ECF |

## JOINT MOTION FOR DISMISSAL ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW STACI MATHES and JOANNA MATHES ("Plaintiffs") and BRIDGESTONE AMERICAS TIRE OPERATIONS, L.L.C. f/k/a BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. ("Defendant") (collectively, the "Parties"), and make this Joint Motion for Dismissal Order:

I.

On November 27, 2012, the Parties filed their Joint Stipulation of Dismissal with Prejudice. *See* ECF No. 6.  The Court terminated the case on November 28, 2012 per the Joint Stipulation of Dismissal.  The Parties now file this Joint Motion for Dismissal Order to respectfully request that the Court enter a signed Order dismissing this case with prejudice.  A proposed Order is attached hereto as Exhibit A.

Accordingly, pursuant to the Federal Rules of Civil Procedure, the parties ask the Court to enter an Order dismissing Plaintiffs' claims, actions, and causes of action asserted against

Defendant, with prejudice to the refilling of same, with costs to be taxed against the party incurring same.

> Respectfully submitted,
>
>   /s/ *Joseph M. Dunn*
> **JOSEPH M. DUNN**
> State Bar No. 06245650
> **JEFFREY G. WIGINGTON**
> State Bar No. 00785246
> **DAVID L. RUMLEY**
> State Bar No. 00791581
> **WIGINGTON RUMLEY DUNN, L.L.P.**
> 601 Howard Street
> San Antonio, Texas 78212
> (210) 487-7500
> (210) 487-7501 (fax)
>
> AND
>
> **DAVID M. NIX**
> **THE NIX LAW FIRM**
> 1401 Holliday, Ste. 428
> Wichita Falls, Texas 76301
> (940) 322-8200
> (940) 228-3233
>
> **ATTORNEYS FOR PLAINTIFFS**
>
> AND

/s/ *C. Vernon Hartline, Jr.*
**C. VERNON HARTLINE, JR.**
State Bar No. 09159500
**ANGELA S. GORDON**
State Bar No. 24027333

**HARTLINE DACUS BARGER DREYER LLP**
6688 North Central Expressway, Suite 1000
Dallas, Texas  75206
(214) 346-3700
(214) 267-4200 (fax)
E-Mail:  vhartline@hdbdlaw.com

**ATTORNEYS FOR DEFENDANTS, BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC** F/K/A **BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.**